1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11  NICHOLAS MURRAY, individually and on    Case No. CV12-0431 JSW
    behalf of all others similarly situated,
12                                          [Proposed] Order Approving Stipulation
                    Plaintiff,              to Briefly Extend Deadline for
13                                          Response to Complaint and to Set
            v.                              Briefing Schedule Pursuant to Civil
14                                          L.R. 6-2
    TIME INC., a Delaware corporation,
15
                    Defendant.
16

17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Nicholas Murray ("Plaintiff") and Defendant Time Inc. ("Time") filed a stipulation seeking to set a briefing schedule for Time's anticipated Motion to Dismiss. Having considered the stipulation and for good cause appearing,

IT IS HEREBY ORDERED THAT THE PARTIES' AGREEMENT IS APPROVED:

1. Time shall have until March 12, 2012 to respond to the Complaint;
2. Plaintiff shall have until March 26, 2012 to oppose Time's response;
3. Time shall have until April 9, 2012 to file a reply to Plaintiff's opposition; and
4. The hearing on Time's anticipated Motion to Dismiss shall be set for April 27, 2012.

Dated: March 5, 2012        By: *Jeffrey S. White*
                            HON. JEFFREY S. WHITE