IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MURRAY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TIME INC.,<br><br>    Defendant.<br>_____ / | No. C 12-00431 JSW<br><br>**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE** |

This matter comes before the Court upon consideration of the Motion to Dismiss filed by Defendant Time, Inc. ("Time"). The Court has considered the parties' papers, relevant legal authority, and the record in this case, and the Court finds the matter suitable for disposition without oral argument. The Court VACATES the hearing scheduled for April 27, 2012, and the Court shall issue a ruling in due course. The Court also VACATES the case management conference scheduled for May 11, 2012. The Court shall set a new date, if necessary, in its Order resolving the motion to dismiss.

The Court notes that, in its reply brief, Time objected to Plaintiff's opposition brief on the basis that it exceeds this Court's page limitations for motions, but it did not ask the Court to take any action. (Reply Br. at 15 n. 21.) Plaintiff's brief did exceed the page limits permitted by this Court. (*See* Standing Order ¶ 6.) All parties are advised that if they fail to comply with the Court's page limits in the future and fail to seek leave of court to exceed those limits, the Court

//

1  shall strike any offending brief without further notice to the party.

2  **IT IS SO ORDERED.**

3  Dated: April 26, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE