| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) |
| 2 | (rhodesmg@cooley.com) |
| | 101 California Street, 5th Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 693-2000 |
| 4 | Facsimile: (415) 693-2222 |
| 5 | MICHELLE C. DOOLIN (179445) |
| | (doolinmc@cooley.com) |
| 6 | DARCIE A. TILLY (239715) |
| | (dtilly@cooley.com) |
| 7 | ERIN E. GOODSELL (262967) |
| | (egoodsell@cooley.com) |
| 8 | 4401 Eastgate Mall |
| | San Diego, CA 92121 |
| 9 | Telephone: (858) 550-6000 |
| | Facsimile: (858) 550-6420 |
| 10 | |
| | Attorneys for Defendant |
| 11 | TIME INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | NICHOLAS MURRAY, individually and on behalf of all others similarly situated, | Case No. CV12-0431 JSW |
| 15 | | **TIME INC.'S REQUEST FOR SUPPLEMENTAL BRIEFING AND ORDER DENYING REQUEST** |
| 16 | Plaintiff, | |
| 17 | v. | State Action Filed: December 22, 2011 |
| 18 | TIME INC., a Delaware corporation, | Removed: January 26, 2012 |
| 19 | Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

TIME INC.'S REQUEST FOR
SUPPLEMENTAL BRIEFING
CASE NO. CV 12-0431 JSW

On April 26, 2012, plaintiff Nicholas Murray filed a Statement of Recent Decision. (Dkt. No. 27.) The Recent Decision plaintiff filed is an Order permitting a plaintiff in another case alleging a Shine the Light violation to conduct limited jurisdictional discovery to address the court's concern that the plaintiff in that case had not adequately alleged or proven that he had met CAFA's amount-in-controversy requirement when he filed his complaint in federal court. The Order is inapplicable to this case and to Defendant Time's ("Time") pending Motion to Dismiss (Dkt. No. 15) as it does not address statutory standing, the plaintiff's own Article III standing, or the facts necessary to state a claim.

In the event the Court may consider the Order in ruling on Time's pending Motion to Dismiss, pursuant to Local Civil Rule 7-3(d) Time requests that the Court set an abbreviated briefing schedule such that the parties may address the Order.

Dated: April 27, 2012

COOLEY LLP
MICHAEL G. RHODES (116127)
MICHELLE C. DOOLIN (179445)
DARCIE A. TILLY (239715)
ERIN E. GOODSELL (262967)

/s/Michelle C. Doolin
Michelle C. Doolin
Email: doolinmc@cooley.com
Attorneys for Defendant
TIME INC.

**The Court does not require additional briefing on the statement of recent decision filed by Plaintiff. Accordingly, the Court DENIES Time, Inc.'s request.**

**April 30, 2012**

*[signature: Jeffrey S. White]*