UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MURRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware corporation,<br><br>Defendant. | Case No. 12-cv-00431-JSW<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] **O**RDER **G**RANTING **T**IME **I**NC.'**S R**EQUEST FOR **L**EAVE TO **F**ILE A **S**TATEMENT OF **R**ECENT **D**ECISION<br><br>State Action Filed: December 22, 2011<br>Removed: January 26, 2012 |

Pursuant to Civil Local Rule 7-3(d), this Court GRANTS Time Inc.'s Request for Leave to file a Statement of Recent Decision. Time Inc. may file the Statement of Recent Decision, which was attached to its Request for Leave to File a Statement of Recent Decision, as a separate docket item.

**IT IS SO ORDERED.**

Dated: August 7, 2012

_____
JEFFREY S. WHITE
United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING TIME'S
REQUEST RE: RECENT DECISION
CASE NO. 12-CV-00431-JSW