# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MURRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware corporation,<br><br>Defendant. | Case No. 12-cv-00431-JSW<br><br>**[Proposed] Order Granting Time Inc.'s Administrative Motion Requesting Entry of Judgment**<br><br>State Action Filed: December 22, 2011<br>Removed: January 26, 2012 |

On August 24, 2012 this Court entered an Order Granting defendant Time Inc's ("Time") Motion to Dismiss, With Leave to Amend. The August 24 Order stated that:

> The Court GRANTS Time's motion to dismiss. Because the Court cannot find that Murray would be unable to allege facts to show injury, it GRANTS him leave to amend by no later than **September 27, 2012**. The Court does not grant Murray leave to amend to include additional plaintiffs or defendants. **If Murray fails to file an amended complaint, the Court shall dismiss this case with prejudice, and shall enter a judgment in Time's favor**.

(Dkt. No. 45 at p.10 (emphasis added).) Plaintiff Nicholas Murray ("Plaintiff") failed to file an amended complaint.

THEREFORE, IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing, that the action be dismissed with prejudice, and judgment be entered in Time's favor, for the reasons stated in the August 24 Order. Time may recover its costs of suit pursuant to a bill of costs filed in accordance with Local Rule 54-1.

Dated: October 22, 2012

_____
JEFFREY S. WHITE
United States District Court Judge