**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 23 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NICHOLAS MURRAY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>TIME INC.,<br><br>    Defendant - Appellee. | No. 12-17591<br><br>D.C. No. 3:12-cv-00431-JSW<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and that oral argument would not significantly aid the decisional process.

Therefore, this matter is ordered submitted without oral argument on February 12, 2014, at Pasadena, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Samantha Miller
Deputy Clerk