UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| MAR 13 2014 | |
| MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS | |

NICHOLAS MURRAY, individually and on behalf of all others similarly situated,

        Plaintiff - Appellant,

 v.

TIME INC.,

        Defendant - Appellee.

No. 12-17591

D.C. No. 3:12-cv-00431-JSW
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered February 18, 2014, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk